IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEODORE EDWIN YOUNG, JR., | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration | : | NO. 5:13-cv-7553 |

O R D E R

AND NOW, this 9th day of October 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 5) and Defendant's response thereto (Doc. No. 8), after careful and independent review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. No. 14), and noting that no objections to the Report and Recommendation have been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's request for review is DENIED and the decision of the Commissioner of the Social Security Administration is AFFIRMED.

3. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.